THE PEOPLE ex rel. WASHINGTON H. RANSOM, Appellant,
    *v.* THE BOARD OF SUPERVISORS OF NIAGARA COUNTY,
    Respondent.

Where the court assigns counsel to defend a prisoner, the counsel's claim, for
    his services, is not a legal charge against the county.

(Submitted October 14, 1879 ; decided November 11, 1879.)

THIS was an appeal from order of General Term affirming
an order of Special Term, denying an application for a writ of
mandamus herein directing defendant to reassemble, and to
audit and allow the relator's claim for services and disburse-
ments, in defending a prisoner on an indictment for murder.

The relator was assigned to the defense by the court. The
court ordered that his compensation be a charge against the
county, the amount " to be fixed by certificate of the county
judge of said county." The county judge so certified relator's
claim, which was presented by him, duly verified, to defend-
ant for audit, but it omitted so to do. *Held,* that the claim
was not a legal charge against the county, and that the
application was properly denied. The court say : " The
opinion of Judge INGALLS, in the people on the relation of
*People ex rel. Hadley* v. *The Supervisors of Albany* (28
How. Pr., 22), contains a sound exposition of the law upon
the subject."

*Ransom & Joyce* for appellant.

*C. H. Piper* for respondent.

*Per Curiam* mem. for affirmance of order.
All concur.
Order affirmed.